

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00476-CV

**IN THE INTEREST OF J.S.G.** and J.G., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00010
Honorable Solomon Casseb III, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 7, 2019.

_____
Rebeca C. Martinez, Justice